**Order entered April 10, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01721-CR

**CLARK DEONTE WINFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-73268-N**

## ORDER

The Court **REINSTATES** the appeal.

On March 25, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) appellant's appointed attorney requested preparation of the record on December 20, 2012; (4) Debi Harris, official court reporter of the Auxiliary Court No. 8, recorded the proceedings; (5) Ms. Harris did not receive notice that the case was on appeal until March 25, 2013; and (6) Ms. Harris indicated the record could be filed as soon as April 8, 2013.

We **ORDER** court reporter Debi Harris to file the reporter's record in this case within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Debi Harris, official court reporter, Auxiliary Court No. 8, and to counsel for all parties.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE